UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>AVANISH KUMAR JHA,<br><br>Defendant. | NO. CR22-049-1 RSM<br><br>ORDER ISSUING BENCH WARRANT |

An Indictment having been returned against the above-named defendant, now therefore

IT IS ORDERED that a Bench Warrant shall be issued and conditions of release or detention shall be addressed at the initial appearance in this case.

DATED this 13th day of April, 2022.

_____
UNITED STATES MAGISTRATE JUDGE

**SECRET: YES __X__  NO _____**