The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>AVANISH KUMAR JHA, and<br><br>RAJNISH KUMAR JHA,<br><br>Defendants. | NO. CR22-049 RSM<br><br>ORDER GRANTING MOTION TO EXTEND PRETRIAL MOTIONS DEADLINE |

Defendants Avanish Kumar Jha and Rajnish Kumar Jha, and the United States, have jointly moved to continue the pretrial motion deadline from March 21, 2025, to April 4,

//

Order to Extend Motions Deadline - 1
*United States v. Jha* / CR22-049 RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

2025. The parties have shown good cause as set forth in their joint motion. Accordingly, the pretrial motions deadline is extended to April 4, 2025.

IT IS SO ORDERED.

DATED this 21st day of March, 2025.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

*s/ Philip Kopczynski*
PHILIP KOPCZYNSKI
Assistant United States Attorney

Order to Extend Motions Deadline - 2
*United States v. Jha* / CR22-049 RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970