THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR22-049-RSM |
| Plaintiff, | |
| v. | WAIVER OF SPEEDY TRIAL |
| AVANISH KUMAR JHA, | |
| Defendant. | |

I, Avanish Jha, have been advised by my attorney of my right to a speedy trial under the provisions of the Sixth Amendment and the Federal Speedy Trial Act, 18 U.S.C. § 3161 et seq. I knowingly, voluntarily, and with advice of counsel waive my right to a speedy trial and consent to the continuation of my trial from May 5, 2025, to a date up to and including November 17, 2025. I understand that if the Court accepts this waiver, it will exclude the time from the Court's order up to the new trial in calculating the speedy trial expiration date.

DATED this __04__ day of April 2025.

_____
Avanish Jha

Presented by:

s/ Sara Brin
Assistant Federal Public Defender
Attorney for Avanish Jha

WAIVER OF SPEEDY TRIAL
(*United States v. Jha*, CR22-049-RSM) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, WA 98101
(206) 553-1100