The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR22-049 RSM |
| Plaintiff, | |
| | ORDER CONTINUING TRIAL |
| v. | |
| AVANISH KUMAR JHA, and | |
| RAJNISH KUMAR JHA, | |
| Defendants. | |

The Court, having considered the parties' stipulated motion to continue the trial date, and being familiar with the docket and pleadings filed therein, finds that the ends of justice served by a continuance of the trial date outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

The Court further finds that given the complexity of this case and the volume of discovery, a reasonable period of delay is necessary on the grounds that the failure to grant such a continuance in the proceedings would be likely result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(i).

Order Continuing Trial - 1
*United States v. Jha* / CR22-049 RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

The Court further finds that this case is complex due to the issues of fact presented, and that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established by the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(B)(ii).

The Court further finds that, to the extent that the issues presented by this case are not so complex or unusual, the defense and the government have exercised due diligence, and the failure to grant a continuance would deny the defendants the reasonable time necessary for effective preparation. 18 U.S.C. § 3161(h)(7)(B)(iv).

Therefore, the Court grants the parties' motion and sets the trial of this case for November 3, 2025; pretrial motions shall be filed no later than September 19, 2025 . The Court excludes the period from the date of this order through November 3, 2025, from computation of the time within which the trial must commence under the Speedy Trial Act. The defendants have waived their speedy trial rights through the new date for trial.

IT IS SO ORDERED.

DATED this 7th day of April, 2025.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

*s/ Philip Kopczynski*
PHILIP KOPCZYNSKI
Assistant United States Attorney

Order Continuing Trial - 2
*United States v. Jha* / CR22-049 RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970