Senior District Judge Ricardo S. Martinez

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　　Plaintiff,<br><br>V.<br><br>AVANISH KUMAR JHA and<br>RAJNISH KUMAR JHA,<br><br>　　　　　　　　　　　Defendants. | No. 22-CR-49-RSM<br><br>ORDER WAIVING REQUIREMENT<br>FOR PRESENTENCE INVESTIGATION |

　　THE COURT having considered the defendants' joint motion to waive the generally required presentence investigation with its undisputed facts that are incorporated by reference and adopted as findings of fact, and the case records and files, the Court makes the following findings, satisfying Rule of Crim. P. 32(c)(1)(A)(ii):

1. The defendants have entered pleas of guilt to Count 39 of the indictment;

2. The defendants have been in custody for this offense since April 20, 2023;

3. The parties' plea agreements advocate for an offense level of 19 under the U.S. Sentencing Guidelines;

4. Neither party is aware of any criminal history for either defendant;



5. Based on the parties' guidelines calculations, the sentencing ranges for both defendants would be 30 to 37 months;

6. The parties agreed to a substantial statement of facts detailing the offense conduct in their plea agreements;

7. The court expects the parties to sufficiently present any other facts and arguments to allow the court to consider the factors of 18 U.S.C. § 3553(a)(2)(A)-(D); and

8. The defendants wish to be returned to India upon release from custody.

BASED ON THESE FINDINGS, the court concludes that the record enables it to meaningfully exercise its sentencing authority under 18 U.S.C. § 3553 and thereby waives the generally required presentence investigation under Rule 32(c)(1)(A)(ii). The court will reschedule the sentencing hearings from September 19, 2025, to a mutually available date that is as soon as possible.

DATED this 16th day of June, 2025.

_____
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

  s/Sean P. Gillespie  
  Attorney for Rajnish Jha


  s/Sara Brin  
  Attorney for Avanish Jha

ORDER WAIVING
PRESENTENCE INVESTIGATION
*U.S.A. v. JHA, 22-cr-49-RSM*
Page 2 of 2

