THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR22-049-RSM |
| Plaintiff, | ) | |
| v. | ) | ORDER TO SEAL DOCUMENT |
| AVANISH KUMAR JHA, | ) | |
| Defendant. | ) | |

THE COURT has considered Avanish Jha's Motion to Seal Exhibit 2 relevant to Mr. Jha's Sentencing Memorandum and finds there are compelling reasons to file the document under seal.

IT IS ORDERED that Exhibit 2 be filed under seal.

DONE this 7th day of July 2025.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Sara Brin*
Assistant Federal Public Defender
Attorney for Avanish Jha

ORDER TO SEAL DOCUMENT
(*United States v. Jha*, CR22-049-RSM) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, WA 98101
(206) 553-1100