# Exhibit 4

Your Honor,

First of all I would like to thank this Court for this opportunity to put my words before you.

My name is Avanish, I am 38 years old & was born on 13 September 1986 into a middle class Brahmin B family. I was born in a small district of Samastipur in the state of Bihar. My parents are currently serving under the government of Bihar. My father is working with state prisons department. And mother is a high school teacher with the state's education department. We are three siblings including me and I am the eldest, with one brother & sister respectively. Each member of my family is university graduates. I'm a linguist by degree with a master's degree in Chinese studies. I have worked with few listed companies in India from 2010 to 2016, in various roles including internation liaison manager. Since 2016, I have been associated with electronic manufacturing services companies to assist them in establishing factories and companies in Noida area where I am based since 2016. With my linguistic abilities I have assisted more than ten companies to set up their workplace along with various government institutions' liaisoning. These companies include chargers, transformers, fingerprint, modules, etc. Ever since I have graduated, our education has been the sole medium of our living and being from a lower middle income class, I have worked very hard at all stages of life.

In this current case, my role has been to interpret or communicate the requirements of buyer to the seller and vice versa in more efficient way. I had been an associate to facilitate the communication and thereby became one interface for the two parties involved in the transactions. When we got arrested in Singapore on April 20, 2023 and saw the warrant, we were literally shocked and then on we have been regretting the things which we are involved in. I was not aware the medications we were helping to sell were counterfeit or adulterated. Unfortunately, we got to see the full set of extradition documents only after one year of arrest i.e April 2024. Every single day has been difficult for me as I am still unable to adjust to the reality of fake pharmaceuticals delivered to buyers in the United States. However, I am thankful to Almighty that no one was harmed through these transactions. I also betrayed by the pharmacy people who had arranged for the procurement and shipment of the purchase products. I had known them since 2016

and my family & colleagues have purchased many products from this particular pharmacy. Having spent so long in the custody, I have been able to do a self introspection on this association, I regret my decision of my involvement and would like to apologize for the same. Through this letter I wish to say that I am really very sorry for all the inconveniences & damages & harm done to each & everyone affected through or by these transactions.

  Your Honor, we have been kept under very harsh conditions during our detention in Singapore. We were unable to contact our family for first seven days in custody. Thereafter, we were kept inside single person cell which has affected our mental & physical health for very long. No telephones were available to connect with family and just two phone calls were given during the two years of stay. My communication and articulation has taken a heavy toll during our custody in Singapore.

  Once again I'm extremely regretful about my involvement and participation. Hence I request Your Honor to be lenient in sentencing to let us restart our new life with our family who has been longing for us these many years. I have two kids aged ten & three respectively and they are also waiting for me to be with them. I promise to refrain myself from any kind of wrongdoing & rethink before taking any step in wrong direction.

  Thank you, Your Honor.

  Have a great day.

Your Honor,

First of all I would like to thank this court for this opportunity to put my words before you.

My name is Avanish, I am 38 years old & was born on 13 September 1986 into a middle class Brahmin family. I was born in a small district of Samastipur in the state of Bihar. My parents are currently serving under the government of Bihar. My father is working with State Prisons Deparment. And mother is a high school teacher with the State's Education Department. We are three siblings including me and I am the eldest, with one brother & sister respectively. Each member of my family is university graduates. I am a linguist by degree with a Master's degree in Chinese Studies. I have worked with few listed companies in India from 2010 to 2016, in various roles including International Liaison Manager. Since 2016, I have been associated with Electronic Manufacturing Services companies to assist them in establishing factories and companies in Noida area where

I am based since 2016. With my linguistic abilities I have assisted more than ten companies to setup their workplace alongwith various government institutions liasoning. These companies include chargers, transformers, fingerprint modules etc. Ever since I have graduated, our education has been the sole medium of our living and being from a lower middle income class, I have worked very hard at all stages of life.

In this current case, my role has been to interpret or communicate the requirements of buyer to the seller and vice versa in more efficient way. I had been an associate to facilitate the communication and thereby became one interface for the two parties involved in the transactions. When we got arrested in Singapore on April 20, 2023 and saw the warrant, we were literally shocked and then on we have been regretting the things which we are involved in. I was not aware the medications we a were helping to sell were counterfeit or adulterated. Unfortunately, we got to see full set of extradition documents

(3)

ONLY AFTER ONE YEAR OF ARREST i.e. APR 2024. EVERY SINGLE DAY HAS BEEN DIFFICULT FOR ME AS I AM STILL UNABLE TO ADJUST TO THE REALITY OF FAKE PHARMACEUTICALS DELIVERED TO THE BUYERS IN THE UNITED STATES. HOWEVER I AM THANKFUL TO ALMIGHTY THAT NO ONE WAS HARMED THROUGH THESE TRANSACTIONS. I ALSO BETRAYED BY THE PHARMACY PEOPLE WHO HAD ARRANGED FOR THE PROCUREMENT AND SHIPMENT OF THE PURCHASED PRODUCTS. I HAD KNOWN THEM SINCE 2016 AND MY FAMILY & COLLEAGUES HAVE PURCHASED MANY PRODUCTS FROM THIS PARTICULAR PHARMACY. HAVING SPENT SO LONG IN THE CUSTODY, I HAVE BEEN ABLE TO DO A SELF INTROSPECTION ON THIS ASSOCIATION, I REGRET MY DECISION OF MY INVOLVMENT AND I WOULD LIKE TO APOLOGISE FOR THE SAME. THROUGH THIS LETTER I WISH TO SAY THAT I AM REALLY VERY SORRY FOR ALL THE INCOVENIENCES & DAMAGES & HARM DONE TO EACH & EVERYONE AFFECTED THROUGH OR BY THESE TRANSACTIONS.

YOUR HONOR, WE HAVE BEEN KEPT UNDER VERY HARSH CONDITIONS DURING OUR DETENTION IN SINGAPORE. WE WERE



unable to contact our family for first seven days in custody. Thereafter, we were kept inside single person cell which has affected our mental & physical health for very long. No telephones were available to connect with family and just two phone calls were given during the two years of stay. My communication & articulation has taken a heavy toll during our custody in Singapore.

Once again I am extremely regretful about my involvement and participation. Hence I request your honor to be lenient in sentencing to let us restart our new life with our family who has been longing for us for these many years. I have two kids aged ten & three respectively and they are also waiting for me to be with them. I promise to refrain myself from any kind of wrongdoing & re-think before taking any step in wrong direction.

Thank you, your honor

Have a great day