The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> AVANISH KUMAR JHA, and RAJNISH KUMAR JHA, <br><br> Defendants. | NO. CR22-049 RSM <br><br> ORDER RE: RESTITUTION |

Under 18 U.S.C. § 3664(d)(5), and with the agreement of the parties, the Court will enter amended judgments ordering each defendant, jointly and severally with one another, to pay $81,596.67 in restitution to Merck & Co., Inc. All other terms of the original judgments dated July 10, 2025, will remain the same. The restitution hearings set for August 22, 2025, are vacated.

DATED this 15th day of August, 2025.

[signature]

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

///
///

Order re: Restitution - 1
*United States v. Jha* / CR22-049 RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1
2 | Presented by:
3
4 | *s/ Philip Kopczynski*
PHILIP KOPCZYNSKI
5 | Assistant United States Attorney
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

Order re: Restitution - 2
*United States v. Jha* / CR22-049 RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970